**Petition for Writ of Mandamus Dismissed and Memorandum Opinion filed October 1, 2013.**



In The

# 𝕱𝖔𝖚𝖗𝖙𝖊𝖊𝖓𝖙𝖍 𝕮𝖔𝖚𝖗𝖙 𝖔𝖋 𝕬𝖕𝖕𝖊𝖆𝖑𝖘

---

## NO. 14-13-00828-CV

---

### IN RE LARRY CANTU, Relator

---

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**County Court at Law # 4 and Probate Court**
**Brazoria County, Texas**
**Trial Court Cause No. CI048941**

---

## MEMORANDUM OPINION

On September 20, 2013, relator Larry Cantu filed a petition for writ of mandamus in this Court. *See* Tex. Gov't Code Ann. §22.221 (Vernon 2004); *see also* Tex. R. App. P. 52. In the petition, relator asks this Court to compel the Brazoria County District Clerk to provide him a reporter's record at no cost for use in a civil appeal pending in this court.

A court of appeals has the authority to issue writs of mandamus against a judge of a district or county court in the court of appeals' district and all writs necessary to enforce its jurisdiction. Tex. Gov't Code Ann. § 22.221(b). For a district clerk to come within our jurisdictional reach, it must be established that the issuance of the writ of mandamus is necessary to enforce our jurisdiction. *In re Coronado*, 980 S.W.2d 691, 692 (Tex. App.—San Antonio 1998, orig. proceeding).

Relator has not shown that the exercise of our mandamus authority is necessary to enforce our jurisdiction. Therefore, we have no authority to issue a writ of mandamus against the Brazoria County District Clerk.

Accordingly, relator's petition for writ of mandamus is ordered dismissed for lack of jurisdiction.

PER CURIAM

Panel Consists of Chief Justice Frost and Justices Boyce and Jamison.